UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 06-242 |
| MATTHEW CARTER | SECTION "N" (4) |

## **O R D E R**

Presently before the Court is the Motion for Reconsideration of Denial of Sentence Reduction dated 5/19/08 (Rec. Doc. No. 43) that was submitted by Mr. Carter on May 30, 2008, and received by the Court on or around June 5, 2008.  Having considered Mr. Carter's submission, **IT IS ORDERED** that the motion for reconsideration is **DENIED**.  In so ruling, the Court emphasizes that Defendant was on probation at the time he committed the offenses in question and that, prior to the reaching the age of 21, Defendant already had earned a "III"criminal history category.

New Orleans, Louisiana, this   21st   day of July 2008.

                                                                            _____
                                                                            **KURT D. ENGELHARDT**
                                                                            **United States District Judge**